UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PFIZER INC., <br>         Plaintiff, <br><br>         v. <br><br> JOHNSON & JOHNSON and JANSSEN BIOTECH, INC., <br><br>         Defendants. | Case No. _____ <br><br> (Related to Nos. 17-cv-04180 & 17-cv-04326 (consolidated) (E.D. Pa.)) |
| In re REMICADE ANTITRUST LITIGATION <br><br> This document relates to: <br><br> Indirect Purchaser Actions | |

## NOTICE OF MOTION TO COMPEL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Stephanie Teplin, and the exhibits attached thereto, Johnson & Johnson and Janssen Biotech, Inc. will move this Court for an order, pursuant to Rule 45(d)(2)(B)(i), compelling the production of documents responsive to subpoenas served on Kirkland & Ellis LLP.

Dated:  June 10, 2019

                                                Respectfully submitted,

                                                */s/ William F. Cavanaugh*

                                                William F. Cavanaugh
                                                Adeel A. Mangi
                                                Stephanie Teplin
                                                Jonathan H. Hatch
                                                George A. LoBiondo
                                                Benjamin F. Jackson
                                                Sara A. Arrow

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
wfcavanaugh@pbwt.com
aamangi@pbwt.com
steplin@pbwt.com
jhatch@pbwt.com
globiondo@pbwt.com
bjackson@pbwt.com
sarrow@pbwt.com

*Counsel for Johnson & Johnson and Janssen Biotech, Inc.*