UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Johnson & Johnson & Janssen Biotech, Inc.,

Movants,

—v—

Kirkland & Ellis LLP,

Nonmovant.



19-mc-285 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Clerk of Court is respectfully requested to close Dkt. No. 21, which was resolved by Dkt. No. 22, and to close this action in accordance with that stipulation.

SO ORDERED.

Dated: July 15, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1